IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY ANTHONY GRIFFIN
ADC #150964                                                                              PLAINTIFF

v.                              No. 3:24-cv-211-DPM

JOE VINCENT, Sgt., North Central
Unit, ADC and WARFIELD, Officer,
North Central Unit, ADC                                                              DEFENDANTS

## ORDER

Griffin sued Sergeant Joe Vincent and Officer Warfield in both their individual and official capacities seeking money damages. Magistrate Judge Ervin has recommended dismissal of the official capacity claims. Griffin has objected to the partial recommendation and has moved for leave to file a second amended complaint.

Griffin's motion for leave to file a second amended complaint, *Doc. 9*, is denied. The proposed second amended complaint is substantively the same as his amended complaint, but includes attachments from a disciplinary hearing and a grievance related to the underlying incident. Griffin appears to be anticipating that Sergeant Vincent and Officer Warfield will argue that he failed to exhaust his administrative remedies. We'll cross that bridge if and when we come to it.

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 5*, and overrules Griffin's objections, *Doc. 7 & 8*. Fed. R. Civ. P. 72(b)(3). Griffin's official capacity claims for money damages fail as a matter of law and are dismissed. His individual capacity claims against Sergeant Vincent and Officer Warfield go forward.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2024