IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY ANTHONY GRIFFIN
ADC #150964                                                              PLAINTIFF

v.                            No. 3:24-cv-211-DPM-ERE

JOE VINCENT, Sgt., North Central
Unit, ADC and TIMOTHY WARFIELD,
Officer, North Central Unit, ADC                                         DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, Doc. 23, and overrules Griffin's objections, Doc. 24. Fed. R. Civ. P. 72(b)(3). As Magistrate Judge Ervin explained, the way to address any new issues is for Griffin to exhaust his administrative remedies by completing the grievance process on those issues and then filing a new case about them. Griffin's motion for a preliminary injunction, Doc. 22, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 June 2025