## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TONY ANTHONY GRIFFIN
ADC #150964                                                                PLAINTIFF

v.                              No. 3:24-cv-211-DPM

JOE VINCENT, Sgt., North Central
Unit, ADC and TIMOTHY WARFIELD,
Officer, North Central Unit, ADC                          DEFENDANTS

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 32*, and overrules Griffin's objections, *Doc. 33*. Fed. R. Civ. P. 72(b)(3). Griffin's frustration with the grievance process is understandable. He doesn't trust the ADC. But there's no genuine dispute that he brought this lawsuit before fully exhausting his administrative remedies. The Court has reviewed the documents cited in Griffin's objections, particularly his affidavit, *Doc. 31*, and the Deputy Director's decision on Griffin's appeal, *Doc. 11 at 2*. He hasn't shown that administrative remedies were unavailable. *See Ross v. Blake*, 578 U.S. 632, 642-44 (2016). And this isn't a case where the issue of exhaustion "is intertwined with the merits of a claim protected by the Seventh Amendment." *Perttu v. Richards*, No. 23-1324, slip op. at 17 (18 June 2025).

The motion for summary judgment, *Doc. 25*, is granted.  Griffin's amended complaint will be dismissed without prejudice.

So Ordered.

_WRMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_6 August 2025_